

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00201-CV

**JOSE SANCHEZ,**

**Appellant**

 **v.**

**ANITA PIAZZA RIOS STEM,**

**Appellee**

**From the 170th District Court
McLennan County, Texas
Trial Court No. 2015-138-4**

## MEMORANDUM OPINION

The Clerk of this Court notified Appellant by letter dated July 7, 2016 to Appellant's counsel of record that the clerk's record in the above cause had apparently not been filed because Appellant had failed to pay or make arrangements to pay the clerk's fee for preparation of the record. Appellant was further notified that if he desired to proceed with this appeal, he must pay or make arrangements to pay the clerk's fee and notify this Court of the actions taken within 21 days after the date of this letter. Appellant was warned that if he failed to do so, this appeal might be dismissed for want of

prosecution.  *See* TEX. R. APP. P. 37.3(b).  More than 21 days have passed, and we have not

been notified that Appellant has paid or made arrangements to pay the clerk's fee.

Accordingly, this appeal is dismissed.  *See* TEX. R. APP. P. 37.3(b), 42.3(b).


REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Dismissed
Opinion delivered and filed August 10, 2016
[CV06]

